**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMINA SABILI,**

          **Plaintiff,**

-vs-                                                Case No. 6:10-cv-807-Orl-31KRS

**CHASE HOTEL MANAGEMENT, LLC**
**and HANNA KARCHO,**

          **Defendants.**

## ORDER

This cause comes before the Court on the plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 25) filed February 10, 2011.

On February 28, 2011, the United States Magistrate Judge issued a report (Doc. No. 26) recommending that the motion be denied and that Plaintiff be permitted to file an amended complaint. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Motion for Entry of Final Default Judgment is **DENIED**.

    3.    Plaintiff is granted leave to file and serve an amended complaint within twenty days from the date of this order. The amended complaint must allege facts sufficient to establish Defendants' liability for violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 17th day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE