**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AMINA SABILI,**

        **Plaintiff,**

-vs-                                         **Case No. 6:10-cv-807-Orl-31KRS**

**CHASE HOTEL MANAGEMENT, LLC,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on the Motion for Entry of Default Judgment (Doc. No. 35), filed May 31, 2011.

On June 24, 2011, the United States Magistrate Judge issued a report (Doc. No. 36) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for Entry of Default Judgment is **GRANTED** in part and **DENIED** in part. The Clerk is directed to enter a default judgment in favor of the Plaintiff and against the Defendant in the amount of $5,557.00 and thereafter close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 13th day of July, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                  GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE